# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of February, two thousand and twenty three,

In re: Kossoff PLLC,  
        Debtor.  
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Docket No. 22-122

Mitchell H. Kossoff,

        Appellant,

v.

Albert Togut, Chapter 7 Interim Trustee,

        Appellee.

Neil Berger, Esq. and Minta J. Nester, Esq. are both hereby authorized to bring a Cellphone, Laptop computer and Mobile hotspot into Courtroom 1505 of the Thurgood Marshall U.S. Courthouse for the limited purpose of readily accessing briefs, appendices, and other material directly related to oral argument in the above-referenced scheduled for Wednesday, February 8, 2023 B Panel. Any use of the computer is limited to counsel's table.

Counsel identified in this Order certifies that they will not use the Cellphone, Laptop computer and Mobile hotspot inside the courtroom to make or record images or sounds or to send or receive wireless transmissions. Counsel also certifies that the Cellphone, Laptop computer and Mobile hotspot lack any infrared ports or alternatively that counsel has disabled all infrared ports.

                                                          For The Court:  
                                                          Catherine O'Hagan Wolfe,  
                                                          Clerk of Court